# Exhibit C

Case 10-04993-LT13 Claim 6-1 Filed 05/05/10 Desc Main Document Pg. 1 of 34

Form B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor: BARBARA J. DUNNE | Case Number: 10-04993-LT-13 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR21 MORTGAGE PASS-THROUGH CERTIFICATE | ☐ Check this box to indicate that this claim amends a previously filed claim. Court Claim Number: _____ (If known) |
|---|---|
| Name and address where notices should be sent: ONEWEST BANK, FSB 888 E. WALNUT STREET PASADENA, CA 91101 Telephone number: | Filed on _____ |
| Name and address where payment should be sent (if different from above): ONEWEST BANK, FSB CASH PROCESSING 6900 BEATRICE DR KALAMAZOO, MI 49009 Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars. ☐ Check this box if you are the debtor or trustee in this case. |

| 1. Amount of Claim as of Date Case Filed: $370,999.74 | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. Specify the priority of the claim. |
|---|---|
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. | |
| If all or part of your claim is entitled to priority, complete item 5. | |
| ☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B) |

| 2. Basis for Claim: Mortgage Note (See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days |
|---|---|
| 3. Last four digits of any number by which creditor identifies debtor: _____852 | before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4). |
| 3a. Debtor may have scheduled account as: (See instruction #3a on reverse side.) | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5). |
| 4. Secured Claim (See instruction #4 on reverse side.) Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. | ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7). |
| Nature of property or right of setoff: ☒ Real Estate ☐ Motor Vehicle ☐ Other Describe: | ☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8). |
| Value of Property: $ Annual Interest Rate 5.425% | ☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)( ). |
| Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ 10,497.07 Basis for perfection: Deed of Trust | Amount entitled to priority: $ |
| Amount of Secured Claim: $370,999.74 Amount Unsecured: $ | *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: 05/03/2010 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. /s/ DARLENE C. VIGIL DARLENE C. VIGIL BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP Attorneys for Secured Creditor 20955 PATHFINDER ROAD SUITE 300 DIAMOND BAR, CA 91765 (626) 915-5714 | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

BK1108F-59/Southern/San Diego/0000001656214
Last Modified: 02/02/2010

Page 1 of 5