CSD 1159C [11/15/04]

Name, Address, Telephone No. & I.D. No.

**Timothy J. Silverman, Esq., SBN 145264**
**SOLOMON, GRINDLE, SILVERMAN & WINTRINGER, APC**
**12651 High Bluff Drive, Suite 300**
**San Diego, California 92130**
**Telephone: (858) 793-8500**

UNITED STATES BANKRUPTCY COURT

Order Entered on January 27, 2011 by Clerk U.S. Bankruptcy Court Southern District of California

SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>BARBARA J. DUNNE,<br>Debtor. | **LODGED**<br>BANKRUPTCY NO. 10-04993-LT13 |
| JP MORGAN CHASE BANK, N.A.,<br>Movant(s) | RS NO. TJS-002 |
| BARBARA J. DUNNE; THOMAS H. BILLINGSLEA, Chapter 13 Trustee,<br>Respondent(s) | Date of Hearing: January 11, 2011<br>Time of Hearing: 2:00 p.m.<br>Name of Judge: **Margaret M. Mann** |

## ORDER ON
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Notice of Lodgment Docket Entry No. __52__.

//

//

//

//

DATED: January 27, 2011

/s/ Margaret M. Mann

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Solomon, Grindle, Silverman & Wintringer, APC
(Firm name)

By: /s/Timothy J. Silverman, Esq.
Attorney for [X] Movant [ ] Respondent

CSD 1159C

Case 10-04993-LT13    Filed 01/27/11    Doc 53    Pg. 2 of 2

**CSD 1159C** [11/15/04]**(Page 2)**
ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY
DEBTOR: BARBARA J. DUNNE                                    CASE NO: 10-04993-LT13
                                                            RS NO.: TJS-002

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that:

1. JP Morgan Chase Bank, N.A. is granted immediate relief from the automatic stay to allow it to pursue any and all actions, including but not limited to foreclosure and sale, to enforce its lien on personal property described as a 2007 Acura MDX, VIN 2HNYD28337H544753;

2. This Order to be binding and effective despite any conversion of the bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

3. No other relief awarded.

**End of Order**