# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|              |                                                          |
|--------------|----------------------------------------------------------|
| **Debtor:**           | BARBARA J DUNNE                                 |
| **Case Number:**      | 10-04993-LT13        **Chapter:** 13           |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 22, 2011 02:00 PM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN                                |
| **Courtroom Clerk:**  | GREGG ROBINSON                                  |
| **Reporter / ECR:**   | NANCY WINGIS                                    |

### Matter:

MOTION TO DISMISS CASE FILED BY TRUSTEE

### Appearances:

THOMAS BILLINGSLEA, TRUSTEE
JANET GUTIERREZ, ATTORNEY FOR BARBARA DUNNE

### Disposition:

Granted. Order to be prepared by movant. Trustee to hold 14 days before submitting.